The Honorable Judge Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RUSSELL D. GARRETT, Chapter 7 Trustee for the bankruptcy estate of Robert and Stephanie Taylor,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN HENNING a/k/a MORGAN ROTHSCHILD and HAYLEY HENNING; and FRANNET GLOBAL, LLC,<br><br>Defendants. | Case No. 3:18-cv-5863-BHS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** |

**I.   NOTICE**

Plaintiff Russel D. Garrett, Chapter 7 Trustee for the bankruptcy estate of Robert and Stephanie Taylor hereby gives notice pursuant to Fed. R. Civ. P. 41(1)(A)(i) that the claims against FranNet Global, LLC should be dismissed without prejudice and without fees or costs to any party.

LANDERHOLM, P.S.

/s/ *Phillip J. Haberthur*
Phillip J. Haberthur, WSBA #38038
*Of Attorneys for Plaintiff*

NOTICE OF DISMISSAL AGAINST FRANNET GLOBAL, LLC WITH PREJUDICE- 1
3:18-cv-05863-BHS
TAYS07-000001 - 4334637_2

LANDERHOLM
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122