Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL D. GARRETT, Chapter 7
Trustee for the bankruptcy estate of Robert
and Stephanie Taylor,

                                  Plaintiff(s),

      v.

MORGAN HENNING a/k/a MORGAN
ROTHSCHILD and HAYLEY HENNING
and FRANNET GLOBAL, LLC,

                                  Defendant(s).

NO. 3:18-cv-05863-BHS

DECLARATION OF HAYLEY
HENNING IN SUPPORT OF MOTION
TO DISMISS OR IN THE
ALTERNATIVE, MOTION TO COMPEL
ARBITRATION AND STAY ACTION

Note on Motion Calendar
September 20, 2019

WITHOUT ORAL ARGUMENT

I, Hayley Henning, declares as follows:

1.      I am over the age of 18 and am competent to testify to the following, which is based on my personal knowledge.

2.      I am the creative founder of the Party Princess concept, but between 2015 and 2018, I was not involved with the Party Princess companies in any formal capacity.  During that time, I would offer Morgan Henning a/k/a Morgan Rothschild creative advice from time to time, if he

DECLARATION OF HAYLEY HENNING IN SUPPORT
OF MOTION TO DISMISS OR IN THE ALTERNATIVE,
MOTION TO COMPEL ARBITRATION AND STAY
ACTION - 1
10736-0014  5584850.docx
NO. 3:18-cv-05863-BHS

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1     asked for it, and attend the Discovery Day event, but otherwise, I was not involved with the

2     companies. I filed for divorce from Morgan Rothschild in early 2016.

3          3.       I have never been to Washington State and have never owned real property in

4     Washington State, or operated a business in Washington State.

5          4.       All my encounters with Robert (Sean) and Stephanie Taylor were in California.

6          5.       I first met Mr. and Mrs. Taylor at the Discovery Day event, which took place at a

7     hotel in California. After the presentation that day, Mrs. Taylor started telling me about her

8     daughter. The conversation eventually led to how I cared for my own children. I explained how

9     I supplemented breast-feeding with homemade baby formula. Mrs. Taylor was very interested in

10     the idea so we started discussing other lifestyle interests, such as Mrs. Taylor's views on raw milk,

11     co-sleeping, gardening, and other "hippie" healthy lifestyle interests.

12          6.       Eventually the conversation led to the vaccination of children. I asked Mrs. Taylor

13     if she vaccinated her children, which she did not. I then divulged that I also did not vaccinate my

14     children.

15          7.       The decision to vaccinate children is a controversial issue. At the time I met Mrs.

16     Taylor, California was considering a bill that would force parents to vaccinate children. Mrs.

17     Taylor informed me she wanted to move out of California because she did not want to be forced

18     to vaccinate. Mrs. Taylor also divulged that she did not have many friends that shared the same

19     viewpoint.

20          8.       Realizing we shared many of the same viewpoints, we exchanged numbers and

21     discussed getting together to discuss the vaccination bill and how to navigate the bill if it passed.

22     I also agreed to introduce Mrs. Taylor to other like-minded mothers, which I did through Facebook.

23     My impression was that Mrs. Taylor was very interested in developing friendships with others who

24     shared her lifestyle viewpoints.

25

DECLARATION OF HAYLEY HENNING IN SUPPORT
OF MOTION TO DISMISS OR IN THE ALTERNATIVE,
MOTION TO COMPEL ARBITRATION AND STAY
ACTION - 2
10736-0014  5584850.docx
NO. 3:18-cv-05863-BHS

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

9.     Besides Discovery Day, I recall meeting Mrs. Taylor in person one other time at Mrs. Taylor's house when she was packing to move.  Mrs. Taylor told me she wanted me to come over so she could give me a Kombucha Scoby.  I thought we had become friends so I was happy to come over.  Mrs. Taylor told me I should bring my mom and kids to make it a playdate, which I did.

10.     During my visit with Mrs. Taylor at her home, we discussed Mrs. Taylor's garden, the work she was doing to sell her house, food, and taking care of kids.  Mrs. Taylor also gave me instructions on how to care for the Kombucha Scoby.

11.     When I visited with Mrs. Taylor, whether it was in person, by phone, or through social media, our conversations were always personal.  I do not recall Mrs. Taylor ever asking me questions about the Party Princess franchise.

12.     I recall a brief encounter with Mr. Taylor at Discovery Day, but I only recall him mentioning they were moving.

13.     After the Taylors moved to Washington, I did not have further contact with Mr. or Mrs. Taylor.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct

DATED this __27th__ day of August, 2019, at _Seal Beach_, California.

By_____
Hayley Henning

DECLARATION OF HAYLEY HENNING IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION AND STAY ACTION - 3
10736-0014  5584850.docx
NO. 3:18-cv-05863-BHS

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.:

**Counsel for Plaintiffs Russell D. Garrett, Ch. 7 Trustee for the estate of Robert and Stephanie Taylor**:
Phillip J. Haberthur
Landerholm, P.S.
805 Broadway, Suite 1000
P.O. Box 1086
Vancouver, WA  98666
*philh@landerholm.com*

**Counsel for Defendant Morgan Rothschild**:
Curt Roy Hineline
Carolyn Robbs Bilanko
Anthony Robert Sterling
Baker & Hostetler LLP
999 Third Ave., Ste. 3600
Seattle, WA 98104
*chineline@bakerlaw.com*
*cbilanko@bakerlaw.com*
*asterling@bakerlaw.com*

**Appointed Trustee of the Ch. 7 BK Estate of Russell and Stephanie Taylor**:
Russell D. Garrett
Jordan Ramis, PC
1499 SE Tech Center Place, Ste. 380
Vancouver, WA 98683
*russ.garrett@jordanramis.com*

DATED at Seattle, Washington, this 28th day of August, 2019.

s/ Andrea Anthony
_____
Andrea H. Anthony

DECLARATION OF HAYLEY HENNING IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION AND STAY ACTION - 4
10736-0014  5584850.docx
NO. 3:18-cv-05863-BHS

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113