# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RUSSELL D. GARRETT, Chapter 7 Trustee for the bankruptcy estate of Robert and Stephanie Taylor,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN HENNING a/k/a MORGAN ROTHSCHILD and HAYLEY HENNING; and FRANNET GLOBAL, LLC,<br><br>Defendants. | Case No.  3:18-cv-5863<br><br>(Clark County Superior Court Case No. 18-2-05536-2)<br><br>**NOTICE OF UNAVAILABILITY** |

TO: CLERK OF THE COURT,

AND TO: ALL COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that Anthony R. Sterling, counsel for Defendant Morgan Rothschild, will be unavailable during the dates of September 16 through October 2, 2019, inclusive. Respectfully, please coordinate with other attorneys of record for any hearings, discovery or other matters requiring any response or attention by this office during this time period.

//

//

NOTICE OF UNAVAILABILITY

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

1    Respectfully submitted,

2    **BAKER & HOSTETLER LLP**

3

4    *s/ Anthony R. Sterling*
     Curt Roy Hineline, WSBA No. 16317
     Anthony R. Sterling, WSBA No. 53124
5    999 Third Avenue, Suite 3600, Seattle, WA 98104
     Tel: (206) 332-1101 | Fax: (206) 624-7317
6    chineline@bakerlaw.com | asterling@bakerlaw.com

7    *Attorneys for Morgan Rothschild*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF UNAVAILABILITY - 2 -                           BAKER & HOSTETLER LLP
                                                         999 Third Avenue, Suite 3600
                                                         Seattle, WA 98104-4040
                                                         Telephone: (206) 332-1380

# CERTIFICATE OF SERVICE

I declare that August 29, 2019, I caused a true copy of the foregoing Notice of Unavailability to be served on the following in the manners indicated:

| | |
|---|---|
| Phillip J. Haberthur, WSBA #38038<br>Landerholm, P.S.<br>805 Broadway Street, Suite 1000<br>P.O. Box 1086<br>Vancouver, WA 98666-1086<br>Tel: (360) 696-3312<br>Email: philh@landerholm.com<br><br>***Attorneys for Plaintiffs Robert Sean Taylor and Stephanie Taylor*** | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via Email |
| Russell D. Garrett<br>Jordan Ramis, PC \| Attorneys at Law<br>1499 SE Tech Center Place, Suite 380<br>Vancouver, WA 98683<br>Tel: (360) 567-3900<br>Email: russ.garrett@jordanramis.com<br><br>***Chapter 7 Trustee Appointed to Plaintiffs Robert Sean Taylor and Stephanie Taylor's Bankruptcy Estate*** | ☐ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☒ Via Email |

*s/ Andre Gougisha*
Andre Gougisha
Assistant to Anthony Robert Sterling